UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANGEL MARTINEZ | No. 24 CR 192<br><br>Honorable Elaine E. Bucklo |

**AGREED MOTION TO EXCLUDE TIME**
**JOINT STATUS REPORT**

The UNITED STATES OF AMERICA, by its attorney, MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, respectfully submits this joint status report on behalf of the UNITED STATES OF AMERICA and defendant ANGEL MARTINEZ.

In a minute order entered on May 22, 2024, the Court asked the parties to file a joint report regarding the status of Angel Martinez's case by June 21, 2024. Dkt. 18. After conferring, the parties report the following:

1. The United States has produced discovery in this case to Mr. Martinez in accordance with Federal Rule of Criminal Procedure 16 and Local Criminal Rule 16.1.

2. Defendant is currently in Cook County custody due to having several pending cases in Cook County. Defendant is scheduled to appear for an in-person status before this Court on June 28, 2024. Dkt. 18.

3.      Defendant agrees to exclude time, for the purposes of the Speedy Trial Act, until the date of the next status hearing, to permit the parties to engage in discovery production and review.

Dated: June 21, 2024

                                      Respectfully submitted,

                                      MORRIS PASQUAL
                                      Acting United States Attorney

By:     */s/ Emily C.R. Vermylen*
           EMILY C.R. VERMYLEN
           Assistant U.S. Attorney
           219 South Dearborn Street, 5th Floor
           Chicago, Illinois 60604