UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANGEL MARTINEZ | No. 24 CR 192<br><br>Honorable Elaine E. Bucklo |

**AGREED MOTION TO EXCLUDE TIME**
**JOINT STATUS REPORT**

The UNITED STATES OF AMERICA, by its attorney, MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, respectfully submits this joint status report on behalf of the UNITED STATES OF AMERICA and defendant ANGEL MARTINEZ.

In a minute order entered on January 13, 2025, the Court asked the parties to file a joint report regarding the status of Angel Martinez's case by March 6, 2025. Dkt. 35. After conferring, the parties report the following:

1.  The United States has produced discovery in this case to Mr. Martinez in accordance with Federal Rule of Criminal Procedure 16 and Local Criminal Rule 16.1.

2.  Defendant was remanded into federal custody at the June 28, 2024 status hearing. Dkt. 25.

3.  ATF obtained a buccal swab from defendant and will compare that DNA sample to evidentiary swabs at its laboratory.

4.  The parties are discussing resolution of the case and defendant has requested a draft plea agreement from the government. The parties request that a status be set in 60 days to permit the parties sufficient time to engage in plea negotiations.

5.  Defendant agrees to exclude time, for the purposes of the Speedy Trial Act, until the date of the next status hearing, to permit the parties to engage in discovery production and review, and for the filing of any pretrial motions.

Dated: March 6, 2025

                                            Respectfully submitted,

                                            MORRIS PASQUAL
                                            Acting United States Attorney

By:   */s/ Emily C.R. Vermylen*
        EMILY C.R. VERMYLEN
        Assistant U.S. Attorney
        219 South Dearborn Street, 5th Floor
        Chicago, Illinois 60604